UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-3

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MONWAZEE RAYMOND BOSTON (16) | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to dismiss the Indictment without prejudice as to Monwazee Raymond Boston, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 235).

**IT IS ORDERED** that the Government's motion is **GRANTED** and the Indictment against Monwazee Raymond Boston is dismissed without prejudice.

Signed: January 5, 2012

Robert J. Conrad, Jr.
Chief United States District Judge