IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-3

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | ORDER |
| vs. ) | |
| ) | |
| GARY MONTCASTLE (13), ) | |
| DAMIEN COSME CISNEROS (15), ) | |
| DEMORRIS LAMAR ANDERSON (17), ) | |
| ) | |

**THIS MATTER** is before the Court on the government's motion to set this case as the first trial during the August 2012 criminal trial term in the Charlotte Division. (Doc. No. 333). The motion recites that defendant Gary Montcastle joins the request and the other defendants do not oppose it.

Given the need for interpreters and expected testimony from out-of-state witnesses, the Court finds that setting a date certain is in the interest of justice.

**IT IS, THEREFORE, ORDERED** that the motion is **GRANTED**, and this case will be the first trial during the term, with jury selection on August 7, 2012, and proof to follow, depending on the selection of juries for other case.

The Clerk is directed to certify copies of this order to the defendants, counsel for the defendants, the United States Attorney, the United States Marshal, and the United States Probation Office.

Signed: July 24, 2012

Robert J. Conrad, Jr.
Chief United States District Judge